IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COREPEX TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-26 (LMB/MSN) |
| WH ADMINISTRATORS, INC., | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in open court, plaintiff's Motion for Summary Judgment [Dkt. No. 60] is DENIED and defendant's Motion for Summary Judgment [Dkt. No. 64] is GRANTED. Accordingly, it is hereby

ORDERED that judgment be and is entered in favor of defendant WH Administrators, Inc.

The Clerk is directed to enter judgment in defendant's favor pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to counsel of record.

Entered this 1st day of September, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge