# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| COREPEX TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:17cv26 (LMB/MSN) |
| | ) |
| WH ADMINISTRATORS, INC., | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on <u>September 1, 2017</u> and in accordance with

Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of the defendant, WH Administrators, Inc.

FERNANDO GALINDO, CLERK

By: /s/
Y. Guyton, Deputy Clerk

Dated: 09/01/2017
Alexandria, Virginia